# Exhibit 1

## Contact

www.linkedin.com/in/zia-chishti-a5908814 (LinkedIn)

## Top Skills

ASP.NET
Analysis
Angel Investing

## Languages

English (Native or Bilingual)
Urdu (Native or Bilingual)
French (Elementary)

# Zia Chishti

Technology Executive
Washington DC-Baltimore Area

## Experience

Self-employed
Independent Investor
November 2021 - Present (1 year 4 months)

Afiniti
Chairman and Chief Executive Officer
January 2016 - November 2021 (5 years 11 months)
Washington DC

Afiniti is the world's leading applied artificial intelligence company that pairs enterprise customers with agents based on behavior.

The Resource Group
Chairman
March 2002 - November 2021 (19 years 9 months)
Washington, DC

Align Technology
Chairman & CEO
June 1997 - March 2002 (4 years 10 months)
San Jose, California

McKinsey & Company
Summer Associate
May 1996 - August 1996 (4 months)
London, UK

Morgan Stanley
Financial Analyst
July 1992 - August 1995 (3 years 2 months)
New York, NY and London, UK

## Education

Stanford Graduate School of Business

MBA · (1995 - 1997)

## Columbia College (NY)
BA, Economics, Computer Science · (1988 - 1992)