# Exhibit 2

ghSMART

ABOUT / BIO

# Sarah Pobereskin

—

Principal / New York / Washington, DC



EMAIL SARAH

Sarah is a Principal at ghSMART serving executives and investors in executive assessment, coaching, leadership development and organizational effectiveness. She is sought after for her experience helping organizations to take a strategic approach to talent. Sarah's passion is in helping individuals and teams reach their full potential.

Prior to joining ghSMART, Sarah was SVP, People at WeWork, where she was responsible for global HR functions including Recruitment, Learning and Development, and overall People Strategy. Her accomplishments include implementing a technology-enabled recruiting model; scaling the organization from 4,500 to 10,000 people and designing and rolling out the first end-to-end performance management process across 27 countries.

Prior to WeWork, Sarah was an Associate Partner at McKinsey & Company, where for eight years she advised senior executives of Fortune 500 companies and major private equity players to make more strategic decisions around people, talent and operating models. She supported executives to lead large-scale transformation and change efforts at clients including major pharmaceuticals, technology, and financial services companies. Sarah was a leader within McKinsey's global Organization practice, and regularly published on talent topics including Linking Talent to Value, and how to create high performing organizations. Sarah created and lead the Linking Talent to Value service line globally and is a sought-after thought-leader and speaker for executive teams, investors and boards on this subject. She has a passion for coaching and developing senior leaders and was Master Faculty for McKinsey's Global Talent Leaders Forum, as well as convening the quarterly CHRO Roundtable for Heads of HR across Europe. Sarah has been a coach to senior executives over many years and roles, including taking leaders to week-long intensive Centered Leadership workshops as part of her coaching. At McKinsey, Sarah also led an internal mentorship and coaching initiative, and was actively involved in candidate assessment, development and coaching.

In her early career, Sarah lead Business Development at the Guardian Media Group, a diversified media group in the UK, and was a Broadcast Journalist/ News Desk Planner at the BBC World Service. Sarah holds an MBA from Harvard Business School and a BA in Social and Political Sciences from Cambridge, UK. Sarah grew up in Southwest England, is a dual UK and US citizen, and currently lives in New York City and Washington DC.



# We would be honored to help.

**CONTACT US**



CAREERS

RACIAL
EQUALITY
AND
DIVERSITY

TERMS OF USE

PRIVACY POLICIES

ACCESSIBILITY

CONTACT

G. H. Smart  & Company, LLC

203 N. LaSalle Street,
Suite 2100
Chicago, IL 60601

Copyright @ 2023 by G. H. Smart & Company, LLC All Rights Reserved.

