# Exhibit 3

## Contact

www.linkedin.com/in/
sarahpobereskin (LinkedIn)

## Languages

English (Native or Bilingual)

Spanish (Limited Working)

# Sarah Pobereskin

Principal at ghSMART

New York, New York, United States

## Experience

**ghSMART**
Principal
2019 - Present (4 years)
Washington, D.C.

**WeWork**
SVP, People
October 2018 - March 2019 (6 months)
Greater New York City Area

**McKinsey & Company**
6 years 4 months

Associate Partner
October 2016 - October 2018 (2 years 1 month)
London, United Kingdom

Engagement Manager; Senior Associate; Associate
July 2012 - October 2016 (4 years 4 months)
Greater New York City Area

**Moët Hennessy USA**
Marketing Executive - MBA Intern
June 2011 - August 2011 (3 months)
Greater New York City Area

**Guardian News & Media**
Business Development Executive, Guardian Media Group
June 2009 - June 2010 (1 year 1 month)

**McKinsey & Company**
Business Analyst
April 2007 - May 2009 (2 years 2 months)

**BBC**
Newsdesk Planner BBC World Service

August 2006 - April 2007 (9 months)

**WPP**
Account Manager Intern, J Walter Thompson
July 2004 - August 2004 (2 months)

―――

## Education

Harvard Business School
· (2010 - 2012)

University of Cambridge
BA, Social and Political Sciences · (2003 - 2006)