# Exhibit 5













our customers are the world's largest consumer-facing companies spanning the telecom, financial services, travel, and health industries



they rely on us to analyze billions of interactions and detect patterns that drive measurable value



