# Exhibit 6

# ATTACHMENT 2

## Application of China Mobile International (USA) Inc. for Authority to Provide International Facilities-Based and Resold Services to All International Points

**Answer to Question 14:**

The name, address, citizenship and principal business of each 10 percent or greater direct and indirect shareholder of China Mobile International (USA) Inc. ("China Mobile USA") is set forth below.  Exhibit A hereto sets forth a diagram of this ownership information.  No other individual or entity holds a 10 percent or greater direct or indirect ownership interest in China Mobile USA.

| | |
|---|---|
| Name: | China Mobile International Limited |
| Address: | Units 9-18 Tower 1, Level 12, Kowloon Commerce Centre, No. 51 Kwai Cheong Road, Kwai Chung, New Territories, Hong Kong |
| Citizenship: | Hong Kong SAR |
| Principal Business: | Telecommunications |
| Ownership Interest: | Holds a direct 100 percent ownership interest in China Mobile USA |
| | |
| Name: | China Mobile International Holdings Limited |
| Address: | 60/F, The Center |
| | 99 Queen's Road Central, Hong Kong |
| Citizenship: | Hong Kong SAR |
| Principal Business: | Investment holding company |
| Ownership Interest: | Holds a direct 100 percent ownership interest in China Mobile International Limited |
| | |
| Name: | China Mobile Limited |
| Address: | 60/F, The Center |
| | 99 Queen's Road Central, Hong Kong |
| Citizenship: | Hong Kong |
| Principal Business: | Telecommunications |
| Ownership Interest: | Holds a direct 100 percent ownership interest in China Mobile International Holdings Limited |
| | |
| Name: | China Mobile Hong Kong (BVI) Limited |
| Address: | P.O. Box 957, Offshore Incorporations Center |
| | Road Town, Tortola, British Virgin Islands |
| Citizenship: | British Virgin Islands |
| Principal Business: | Investment holding company |
| Ownership Interest: | Holds a direct 74.20 percent ownership interest in China Mobile Limited |

| | |
|---|---|
| Name: | China Mobile (Hong Kong) Group Limited |
| Address: | 60/F, The Center |
| | 99 Queen's Road Central, Hong Kong |
| Citizenship: | Hong Kong SAR |
| Principal Business: | Investment holding company |
| Ownership Interest: | Holds a direct 100 percent ownership interest in China Mobile Hong Kong (BVI) Limited |

| | |
|---|---|
| Name: | China Mobile Communications Corporation |
| Address: | 29 Jinrong Avenue |
| | Xicheng District, Beijing 100032 |
| Citizenship: | People's Republic of China |
| Principal Business: | Investment holding company |
| Ownership Interest: | Holds a direct 100 percent ownership interest in China Mobile (Hong Kong) Group Limited |

China Mobile Communications Corporation is a state-owned enterprise subject to the supervision of the State-Owned Assets Supervision and Administration Commission ("SASAC") of the State Council of the People's Republic of China.  SASAC is a government entity located at #26, Xuan Wu Men Xi Street, Xuan Wu District, Beijing, China 100053.  The Chinese government holds a direct 100 percent ownership interest in China Mobile Communications Corporation.

China Mobile USA has the following interlocking directorate:  Mr. Zhenhui Lin, a director of China Mobile USA, also is a director of China Mobile Hong Kong Corporation Limited, China Mobile Hong Kong Limited, China Mobile International Limited, and China Mobile International (UK) Limited.

**Answer to Question 15:**

China Mobile USA has not previously received authority under Section 214 of the Communications Act.  China Mobile USA is not applying for authority under Section 63.18(e)(3) of the Commission's rules, 47 C.F.R. §63.18(e)(3).

**EXHIBIT A**

