IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFINITI, LTD. and AFINITI, INC.,<br><br>           Plaintiffs,<br><br>v.<br><br>CHISHTI, *et al.*<br><br>           Defendants. | Civil Action No. 1:23-cv-00303-RDM |

**JOINT STATUS REPORT AND MOTION FOR ENTRY OF A SCHEDULING ORDER REGARDING JURISDICTIONAL DISCOVERY**

Plaintiffs, Afiniti, Ltd., and Afiniti, Inc., and Defendants, Muhammad Ziaullah Khan Chishti, Sarah Pobereskin, Isbei Ltd., Isbei AI (Private) Ltd., Isbei (Hainan) Technology Co., Ltd., and Qinhe (Hainan) Intelligent Technology Ltd., respectfully submit this Status Report and Motion for Entry of a scheduling order governing the jurisdictional discovery ordered by the Court during the July 15, 2024 hearing, the scope and timing of which was further discussed at the August 14, 2024 hearing.

The parties have reached an agreement on the schedule for jurisdictional discovery and request that the Court enter a scheduling order with the below deadlines governing that discovery.

| Date | Event |
|---|---|
| September 27, 2024 | Deadline for Plaintiffs to serve Requests for Production and Interrogatories |
| 30 days after service of RFPs and Interrogatories | Defendants serve responses (including documents and substantive responses) to Requests for Production and Interrogatories |
| 14 days after service of responses to RFPs and Interrogatories | Plaintiffs serve 30(b)(1) deposition notices of declarants and 30(b)(6) deposition notices of Corporate Defendants |

| Date | Event |
|---|---|
| 1 week after service of deposition notices | Defendants provide witness designations in response to deposition notices, and if necessary, the parties to confer regarding the 30(b)(6) notices |
| 2 weeks after service of witness designations in response to deposition notices | Depositions can begin this date |
| 5 weeks after the first day depositions can begin | Depositions to be concluded by this date[1] |
| 1 week after date depositions must be concluded | Parties to meet and confer regarding next steps |
| 3 business days after parties' meet and confer regarding next steps | Deadline for the parties to submit to the Court the agreed approach and deadlines for next steps, or in the alternative, to submit to the Court separate filings setting forth their respective positions on next steps |

Wherever a deadline would land on a weekend or holiday, the deadline will extend to the next business day.

The parties do not waive any right to seek relief from or adjustment of this schedule as needed.

---

[1] This interval is 5 weeks long to account for the Winter holidays likely occurring during this time.

DATED: October 1, 2024

COZEN O'CONNOR

By: */s/ Samuel A. Lewis*
Samuel A. Lewis
(DC Bar No. 90013968)
200 South Biscayne Boulevard, Suite 3000
Miami, Florida 33131
Telephone: (305) 397-0799
Email: slewis@cozen.com

L. Barrett Boss (DC Bar No. 398100)
1200 19th St., NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 912-4818
Email: bboss@cozen.com

Attorneys for Defendants

Respectfully submitted,

PAUL HASTINGS LLP

By: */s/ Jeffrey A. Pade*
Jeffrey A. Pade, DC Bar No. 492030
jeffpade@paulhastings.com
Igor V. Timofeyev, DC Bar No. 998291
igortimofeyev@paulhastings.com
Brian Wilmot, DC Bar No. 1027995
brianwilmot@paulhastings.com
David Valente, DC Bar No. 1618330
davidvalente@paulhastings.com
Richard Rothman, DC Bar No. 1616717
richardrothman@paulhastings.com
2050 M Street NW
Washington, DC 20036
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705

Elizabeth L. Brann (*pro hac vice*)
elizabethbrann@paulhastings.com
Ariell N. Bratton (*pro hac vice*)
ariellbratton@paulhastings.com
4655 Executive Drive, Suite 350
San Diego, California 92121
Telephone: 1(858) 458-3000
Facsimile: 1(858) 458-3005

Thomas A. Counts (*pro hac vice*)
tomcounts@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

Raymond W. Stockstill *(pro hac vice)*
beaustockstill@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Dr., 17th Fl
Costa Mesa, CA. 92626
Tel: 714 668-6200/Fax 714 979-1921

Attorneys for Plaintiffs
AFINITI, LTD. and AFINITI, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2024, the foregoing Joint Status Report Regarding Jurisdictional Discovery was filed electronically using the Court's CM/ECF system, which filing will generate a notice of electronic filing, reflecting service on all counsel of record.

*/s/ Jeffrey A. Pade*
Jeffrey A. Pade
