UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFINITI, LTD., *et al.*,<br><br>                 Plaintiffs,<br><br>         v.<br><br>CHISHTI, *et al.*<br><br>                 Defendants. | Civil Action No. 1:23-cv-00303 |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to the Court's Minute Order dated February 18, 2025, Defendants respectfully request that the Court grant Plaintiffs' Unopposed Motion for Leave to File Document Under Seal ("Motion to Seal") (Dkt. 67) and authorize the filing of the Status Report Regarding Discovery Disputes (the "Status Report") under seal. Alternatively, Defendants respectfully request that the Court require Plaintiffs to redact the enumerated list of names appearing in the Plaintiffs' portion of the Status Report at pages 10-11 so that such names—which were extracted from documents protected by the Interim Protective Order, and which are at issue in Plaintiffs' request to "de-designate a list of names"—remain confidential pending the resolution of the dispute and further order of this Court.

In connection with the Court's discovery hearing scheduled for February 19, 2025, Plaintiffs' counsel seek, *inter alia,* to de-designate a list of names extracted from the Defendants' highly confidential documents protected by the Interim Protective Order. Although Plaintiffs' counsel could have separately filed the list of names they seeks to disclose (for example, as a sealed

exhibit)[1], Plaintiffs' counsel instead incorporated the enumerated list of names into the "Plaintiffs' Position" portion of the Status Report. The list of names at issue in the discovery dispute appears in the Status Report at pages 10-11. Defendants oppose allowing Plaintiffs' counsel to disclose this information to Plaintiffs for the reasons set forth in the Defendants' Position portion of the Status Report and additional reasons which the Defendants will present at the hearing on February 19, 2025. Public disclosure of the enumerated list of names will effectively grant Plaintiffs the relief that they are seeking, preclude Defendants from addressing these issues with the Court on February 19, 2025, and strip Defendants of the protection that the Interim Protective Order was intended to provide.

Although Defendants do not oppose Plaintiffs' Motion to Seal, Defendants do not oppose portions of the Status Report, other than the enumerated list of names on pages 10-11, being filed publicly.[2] Defendants prepared their portion of the Status Report anticipating that the Status Report would be filed publicly. Accordingly, Defendants do not oppose Plaintiffs filing a redacted version of the Status Report where the disputed names are redacted. Such a filing would preserve the issue of whether Plaintiffs' counsel may provide the list of names extracted from confidential documents to Plaintiffs.

---

[1] Alternatively, Plaintiffs' counsel could have done what Defendants' counsel was planning to do, namely, bring a copy of the list of names to the hearing on February 19, 2025, so that the Court could review the list on an *in camera* basis.

[2] Despite being the movants in connection with the issues to be heard on February 19, 2025, Plaintiffs refused to disclose their portion of the Status Report to Defendants ahead of time, and instead, insisted upon a simultaneous exchange of portions just prior to when Plaintiffs' filed the Status Report. As such, Defendants only learned that Plaintiffs intended to include the enumerated list of names in the Status Report shortly before it was filed. Having now had an opportunity to assess the content of the Plaintiffs' portion, Defendants believe that the only portion of the Status Report that needs to be sealed is the list of enumerated names appearing on pages 10 and 11.

Respectfully submitted by,

*/s/ Samuel A. Lewis*
Samuel A. Lewis (D.C. Bar No. 90013968)
Email:  slewis@cozen.com
COZEN O'CONNOR
200 South Biscayne Boulevard, 30th Floor
Miami, FL 33131
Telephone: 305-397-0799
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2025, the foregoing Notice was filed electronically using the Court's CM/ECF system, which filing will generate a notice of electronic filing, reflecting service on all counsel of record.

*/s/ Samuel A. Lewis*
Samuel A. Lewis (D.C. Bar No. 90013968)
Email:  slewis@cozen.com
COZEN O'CONNOR
200 South Biscayne Boulevard, 30th Floor
Miami, FL 33131
Telephone: 305-397-0799
***Counsel for Defendants***