IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFINITI, LTD., AFINITI, INC., AFINITI AI HOLDINGS LLC, and AFINITI AI LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MUHAMMAD ZIAULLAH KHAN CHISHTI, QINHE (HAINAN) INTELLIGENT TECHNOLOGY LTD., ISBEI LTD., ISBEI (HAINAN) TECHNOLOGY CO., LTD., DATAQUARTZ INC., YASIR ZAMIR AHMAD, and SARAH POBERESKIN,<br><br>Defendants. | Civil Action No. 1:23-cv-00303-RDM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF AFINITI LTD.'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Afiniti, Ltd., by and through its undersigned counsel, hereby voluntarily dismisses all its claims in this action against all Defendants before any Defendant has served an answer or a motion for summary judgment. This notice does not apply to Plaintiffs Afiniti, Inc., Afiniti AI Holdings LLC or Afiniti AI Limited, who are continuing to prosecute their claims in this action.

DATED:   November 3, 2025          Respectfully submitted,

PAUL HASTINGS LLP

By: */s/ Jeffrey A. Pade*
    Jeffrey A. Pade (DC Bar No. 492030)
    jeffpade@paulhastings.com
    Igor V. Timofeyev (DC Bar No. 998291)
    igortimofeyev@paulhastings.com
    Brian Wilmot (DC Bar No. 1027995)
    brianwilmot@paulhastings.com
    David Valente (DC Bar No. 1618330)
    davidvalente@paulhastings.com
    Richard Rothman (DC Bar No. 1616717)
    richardrothman@paulhastings.com
    2050 M Street NW
    Washington, DC 20036
    Telephone:  1(202) 551-1700
    Facsimile:   1(202) 551-1705

    Elizabeth L. Brann (*pro hac vice*)
    elizabethbrann@paulhastings.com
    Ariell N. Bratton (*pro hac vice*)
    ariellbratton@paulhastings.com
    4655 Executive Drive, Suite 350
    San Diego, California  92121
    Telephone:  1(858) 458-3000
    Facsimile:   1(858) 458-3005

    Thomas A. Counts (*pro hac vice*)
    tomcounts@paulhastings.com
    101 California Street, 48th Floor
    San Francisco, California  94111
    Telephone:  1(415) 856-7000
    Facsimile:   1(415) 856-7100

    Raymond W. Stockstill (*pro hac vice*)
    beaustockstill@paulhastings.com
    695 Town Center Drive, 17th Floor
    Costa Mesa, California  92626
    Telephone:  1(714) 668-6200
    Facsimile:   1(714) 979-1921

    Attorneys for Plaintiffs
    AFINITI, LTD., AFINITI INC., AFINITI AI
    HOLDINGS LLC, and AFINITI AI LIMITED

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Civil Rule 5.4 on November 3, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system and by email.

                                                                */s/ Jeffrey A. Pade*  
                                                                 Jeffrey A. Pade